**David E. ROBERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78276**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 15, 2016

David E. Roberson, Appellant Pro Se.

Dora Fichter, Jefferson City, MO, for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard, Judge and Gary D. Witt, Judge

### ORDER

Per curiam:

Appellant David Roberson ("Roberson") appeals the motion court's denial of his Rule 24.035 post-conviction motion. Roberson pleaded guilty to three counts of possession of a controlled substance and was sentenced to three consecutive sen-

Security benefit of $1,265 is actually $3,605.

tences of seven years imprisonment. The court suspended execution of his sentences and Roberson was placed on probation for five years. Roberson's probation was subsequently revoked and his sentences were executed. After an evidentiary hearing on Roberson's claims, the motion court denied his post-conviction motion that had alleged ineffective assistance of plea counsel and probation counsel and numerous other claims of legal error. For reasons explained more fully in a memorandum provided to the parties, we affirm. Rule 84.16(b).